UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTHCARE COMPLIANCE
RESOURCES, LLC,                                    Case No. 1:05-CV-471

       Plaintiff,                                        Hon. Richard Alan Enslen

v.

PHYSICIAN REIMBURSEMENT
SERVICES OF HOUSTON, INC., *et al.*
                                    **ORDER**

       Defendants, jointly
and severally.
_____/

This matter is before the Court on Defendants, Alice D. Colehower and Physician Reimbursement Services of Houston, Inc.'s Motion to Set Aside Judgment of Default. Defendants move pursuant to Federal Rules of Civil Procedure 55(c) and 60(b)(4) to set aside the default judgment premised on an alleged defective service of the Complaint. Upon review of the parties' briefing, there is a clear factual dispute regarding whether service of process was properly served upon Defendants Alice D. Colehower, Physician Reimbursement Services of Houston, Inc., and Physician Reimbursement Services, Inc. such that hearing on the issue is warranted.

**THEREFORE, IT IS HEREBY ORDERED** that this matter is scheduled for hearing on April 19, 2007 at 3:00 p.m..

**IT IS FURTHER ORDERED** that counsel for the parties shall have 45 minutes each (for a total of one and one half hours) to present witnesses, evidence and argument on the issue of service of process at such hearing, and to the extent that they wish to present additional evidence and argument shall do so by way of their written briefing filed in at least seven days in advance of said hearing.

                                        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
      February 22, 2007         SENIOR UNITED STATES DISTRICT JUDGE